IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

IN THE MATTER OF: )
JULIO CABRERA ) No. 1:06M118A
)

GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Richard W. Rose, Assistant U.S. Attorney, respectfully moves this Honorable Court to seal this Motion and accompanying documents (Criminal Complaint, Affidavit, Criminal Cover Sheet and Warrant for Arrest) until further Order of this Court.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RWR

RICHARD W. ROSE
Assistant United States Attorney

SO ORDERED:

LINCOLN D. ALMOND
United States Magistrate Judge

DATE: 11/1/06