UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
v. : Misc No. 1:06M118A
:
JULIO CABRERA :

**GOVERNMENT'S MOTION TO UNSEAL**
**THE MOTION, CRIMINAL COMPLAINT, AFFIDAVIT, COMPLAINT COVER SHEET**
**AND WARRANT FOR ARREST**

The United States hereby moves that the Motion and accompanying documents (Criminal Complaint, Affidavit, Criminal Cover Sheet and Warrant for Arrest) filed under seal in the above-captioned matter on November 1, 2006, be unsealed and a form of order is attached.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney