AO 458 (Rev. 10/95) Appearance

# United States District Court
## *District of Rhode Island*

United States of America

v.

JULIO CABRERA

APPEARANCE

CASE NUMBER: 1:06M118A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for JULIO CABRERA

I certify that I am admitted to practice in this court.

4/
*Date*

[signature]
*Signature*

Joseph J Voccola
*Print Name*

4132
*Bar Number*

454 Broadway
*Address*

Prov
*City*

R.I.
*State*

02909
*Zip Code*

751-3900
*Phone Number*

751-8983
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.