AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

______________________ DISTRICT OF ______________________

UNITED STATES OF AMERICA
V.
Julio Cabrera

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:

I, Julio Cabrera, charged in a ☒ complaint ☐ petition pending in this District with distributing 5 grams or more of cocaine base in violation of Title 21, U.S.C., 841(a)(1) + (b)(1)(B)(iii)

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing , do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

Julio C cabrera
*Defendant*

4/19/07
*Date*

[signature]
*Counsel for Defendant*