1251003

RECEIVED

NOV 01 2006

US MARSHALS
RHODE ISLAND

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

JULIO CABRERA

## WARRANT FOR ARREST

Case Number: 1:06M118A

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JULIO CABRERA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Selling cocaine base

in violation of Title 21 United States Code, Section(s) 841(a)(1) & (b)(1)(B)(iii)

| | |
|---|---|
| Lincoln D. Almond | [signature] |
| Name of Issuing Officer | Signature of Issuing Officer |
| U.S. MAGISTRATE JUDGE | 11/1/06 Providence RI |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Pawtucket, RI by DEA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/01/2006 | Robert D Young DUSM | [signature] |
| DATE OF ARREST 04/20/2006 | | |