UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | |
| | : | C.R. NO.: 1:06MJ-118 |
| JULIO CABRERA | : | |

MOTION TO WITHDRAW

Now comes Counsel for the Defendant, Julio Cabrera and respectfully request the Honorable Court that he be allowed to withdraw as Counsel. Counsel asserts that no legal fees have been advanced to Counsel all between that the Defendant will not be able to prospectively secure any such fees to him.

WHEREFORE, Counsel for the Defendant prays that his Motion to Withdraw be granted.

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq. (Bar. No. 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
401-751-3900
401-751-8983 (fax.)

CERTIFICATION

I hereby certify that the within Motion to Withdraw was electronically filed to:
Stephen Dambruch Stephen.dambruch@usdoj.gov