**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 1:06M118A** |
| | : | |
| **JULIO CABRERA** | : | |

## ENTRY OF APPEARENCE

I, Albert E. Medici, Jr., hereby enter my appearance on behalf of the Defendant, Julio Cabrera.

Respectfully submitted,
**Defendant, JULIO CABRERA,**
By his attorney,

/s/ Albert E. Medici, Jr., Esq.
R.I. Bar No. 4584
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, Rhode Island 02919
Telephone (401) 946-3910
Facsimile (401) 942-4918
amedici@medicisciacca.com

DATE: 5/10/07