IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 07 077 ML

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Cr. No. |
| vs. | ) | In violation of 21 U.S.C. |
| | ) | §§ 841(a)(1) & (b)(1)(B) |
| | ) | |
| JULIO CABRERA | ) | |

FILED
MAY 16 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

Count I

That on or about January 24, 2006, in the District of Rhode Island, the defendant, JULIO CABRERA, did knowingly and intentionally distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

Count II

That on or about February 3, 2006, in the District of Rhode Island, the defendant, JULIO CABRERA, did knowingly and intentionally distribute five grams or more of a mixture and substance containing a detectable amount of cocaine base, a

Schedule II Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(B).

A TRUE BILL:
REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant U.S. Attorney
Chief, Criminal Division

DATE: 05/16/2007