PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Indictment ☐ Information ☐ Defendant Added ☐ Charges/Counts Added

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☐ U.S. Atty ☐ Other U.S. Agency

Phone No.

Name of Asst. U.S. Attorney (if assigned): STEPHEN G. DAMBRUCH

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Bureau of Immigration & Customs Enforcement

☒ person is awaiting trial in another Federal or State Court (give name of court)

Drug Enforcement Administration

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. *Show District*

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

SHOW DOCKET NO.

☑ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO. 1:06M118A

Place of offense

County

CASE NO.

USA vs.

Defendant: JULIO CABRERA

A

**REDACTED**

[

E

C

☐ Alien

if applicable)

S

DEFENDANT

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ____________ or Date Transferred to Federal Custody ____________

☑ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 2

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Counts I & II - Sale of Cocaine Base | Penalties: FOR EACH COUNT | ☒ Felony ☐ Misdemeanor |
| | 21 USC 841(a)(1)&(b)(1)(B)(iii) | 40 Yrs. Imprisonment (5 Yr. mandatory minimum); | ☐ Felony ☐ Misdemeanor |
| | | $2,000,000 fine; at least 4 yrs. supervised release; and a | ☐ Felony ☐ Misdemeanor |
| | | $100 special assessment. | ☐ Felony ☐ Misdemeanor |
| | Estimated Trial Days: 3 | | ☐ Felony ☐ Misdemeanor |