**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. CR 1:07-cr-77-ML** |
| | : | |
| **JULIO CABRERA** | : | |

MOTION TO EXTEND TIME

Now comes the defendant, by and through counsel, and moves to extend the time within which to file pre-trial motions in this matter from July 2, 2007 to August 2, 2007. The grounds for this request are that discovery in this case includes video recordings of the conduct alleged in the indictment, that the government reports that it is in the process of copying, translating (as the audio portion of the recordings are in Spanish), and transcribing said recordings, that as a result the government has not yet been able to provided discovery to the defendant, and that upon receipt the undersigned shall need time to fully review the discovery in order to fully consider appropriate pre-trial motions.

Pursuant to the provisions of 18 U.S.C. Sec. 3161(h)(8)(A), the interests of justice are served by the granting of this request as the need for the investigation of the defendant 扭 claims as outlined herein outweigh the interests of the defendant and the government in a speedy trial.

The government, through AUSA Goldstein, has indicated it has no objection to the granting of this motion.

Respectfully submitted,
**Defendant, JULIO CABRERA,**
By his attorney,

/s/ Albert E. Medici, Jr., Esq.
R.I. Bar No. 4584
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, Rhode Island 02919
Telephone (401) 946-3910
Facsimile (401) 942-4918
amedici@medicisciacca.com

DATE: 6/11/07