**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. CR 1:07-cr-77-ML** |
| | : | |
| **JULIO CABRERA** | : | |

MOTION TO WITHDRAW

Now comes the undersigned, and moves to withdraw as counsel for the defendant. The grounds for this request are that the undersigned has received notice from Attorney Matthew Smith that he has been retained to overtake the representation of the defendant in this matter.

Respectfully submitted,
**Defendant, JULIO CABRERA,**
By his attorney,

/s/ Albert E. Medici, Jr., Esq.
R.I. Bar No. 4584
MEDICI & SCIACCA, P.C.
1312 Atwood Avenue
Johnston, Rhode Island 02919
Telephone (401) 946-3910
Facsimile (401) 942-4918
amedici@medicisciacca.com

DATE: 7/9/07