**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **Case Number: 07-00077ML**

**JULIO CABRERA**

**ENTRY OF APPEARANCE**

I, Matthew B. Smith, Esq., hereby enter my appearance on behalf of the Defendant, Julio Cabrera, on the above-referenced matter.

Defendant, Julio Cabrera
By and through his attorney,

/s/ Matthew B. Smith, Esq.(#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 (Fax)

**CERTIFICATION**

I, Matthew B. Smith, Esq., hereby certify that on this 16th day of July, 2007, I filed a Entry of Appearance via CM/ECF System. A copy of the same was sent to Adi Goldstein.

/s/ Matthew B. Smith, Esq.