**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**v.** **Case Number: 07-00077ML**

**JULIO CABRERA**

**ASSENTED TO MOTION TO REASSIGN TRIAL CALENDAR DATE**

Now comes the Defendant, Julio Cabrera, and respectfully requests that the Trial Calendar Date in the above-entitled matter presently scheduled for August 2, 2007, be re-assigned for thirty (30) days and/or the Honorable Court's next trial calendar call in September of 2007.

1. Defendant's counsel has recently been retained by the family of the above-referenced Defendant and has entered his appearance as counsel of record.

2. Defendant's counsel is presently in the process of obtaining the discovery package provided by the Government to predecessor counsel. Therefore, Defendant's counsel is presently not in a position to adequately advise the Defendant on whether or not to proceed with a trial in the above-referenced matter.

3. The Defendant's Motion to Reassign Trial Calendar Date is Assented To by the Government (A.U.S.A. Adi Goldstein);

4. Wherefore, the Defendant respectfully requests that the above-entitled matter be re-assigned for a new Trial Calendar Date in thirty (30) days and/or the Honorable Court's next trial calendar call in September of 2007.

Defendant, Julio Cabrera
By and through his attorney,

/s/ Matthew B. Smith, Esq.
Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 (Fax)
Matthew@Verdecchialaw.com

**CERTIFICATION**

I, Matthew B. Smith, Esq., hereby certify that on this 17th day of July, 2007, I filed an Assented Motion to Reassign Trial Calendar Date via CM/ECF System. A copy of the same was sent to Adi Goldstein.

/s/ Matthew B. Smith, Esq.