**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case Number: 07-00077ML** |
| | : | |
| **JULIO CABRERA** | : | |

**DEFENDANT'S MOTION FOR A SENTENCE OUTSIDE OF THE APPLICABLE GUIDELINE RANGE**

Now comes the Defendant in the above-referenced matter, by and through counsel, and, pursuant to Rhode Island Local Rule of Criminal Procedure 32 (a), respectfully requests that the Honorable Court consider imposing a sentence outside of the applicable guideline range.

Respectfully submitted,
Defendant, JULIO CABRERA
By and through his Attorney,

/s/ Matthew B. Smith
______________________________

Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 272-7277
(401) 454-5557 {fax}

**CERTIFICATION**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 21, 2007.

/s/ Matthew B. Smith, Esq.