UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

United States of America
V
Julio Cabrera

DKT: 1:07-CR-077

Petition for Correction of Sentence

Now comes the defendant Julio Cabrera and hereby respectfully request that this Honorable Court allows the correction of his - conviction pursuant under title 21 U.S.C§ 848 with the cause of - the new crack law in effect.

(1) There was a pending case before the federal legislation - prior to the defendants sentencing,a bill with the prospective adjustment to "crack" sentencing law.

(2) The defendant was sentenced on November 30,2007 after the court accepted the plea on October 24,2007 the defendant was given a sentence of a term of imprisonment of 46months followed by a - conditional federal supervision to a additional term of 36months.

(3) The defendant respectfully ask if this Honorable court -- would consider reducing his sentence with the credit to this new crack law.

Wherefore the defendant prays that this Honorable Court grants this petition and make application in accordance to this recent decision.

Respectfully/Submitted
By defendant

Julio Cabrera