IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 07-77 |
| | : | |
| JULIO CABRERA | : | |

GOVERNMENT'S RESPONSE TO PRO-SE
MOTION FOR SENTENCE REDUCTION

The defendant, Julio Cabrera, has moved pro-se for a "correction" of his sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1 B1.10 and 2D1.1. Cabrera's motion is without merit and should be denied. The new amendment to the crack cocaine guidelines took effect on November 1, 2007. The defendant was sentenced on November 30, 2007. The PSR in this case took into effect the revised guidelines. See PSR at 14.

The defendant's total offense level, based on a total amount of 54 grams of cocaine base seized in this case, was 30. Defendant received a two-point downward adjustment for the safety valve, and another three-point adjustment for acceptance of responsibility. The final offense level was 35. Defendant's guidelines range, under the amended guidelines, was 57-71 months. At sentencing, the Court imposed a sentence of 46 months, below the advisory guidelines range.

As the defendant received the full benefit of the crack cocaine guidelines amendment, his sentence need not be re-visited. Accordingly, defendant's motion should be denied.

Respectfully submitted,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ Adi Goldstein
Assistant U. S. Attorney (RI Bar #6701)
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 / 401-709-5001 (fax)
adi.goldstein@usdoj.gov

CERTIFICATION

I hereby certify that on the 3rd day of March, 2008, I electronically filed and served the Within Government's Response To Defendant's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1B1.10, 2D1.1, to Matthew B. Smith, Esq.

By first class mail, postage prepaid, to:

Julio Cabrera
Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

/s/ Adi Goldstein
Assistant U. S. Attorney (RI Bar #6701)
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 / 401-709-5001 (fax)
adi.goldstein@usdoj.gov